## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **CRIMINAL ACTION** |
| v. | ) | |
| | ) | **No. 03-20149-01-KHV** |
| SAMMY NICHOLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's Unopposed Motion For Early Termination Of Supervised Release Pursuant To Title 18 U.S.C. § 3583(e)(1) (Doc. #488) filed February 11, 2025, which the government does not oppose.   The Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."   18 U.S.C. § 3583(e)(1).   The Court has considered the applicable factors set forth in 18 U.S.C. § 3553(a) and the position of the U.S. Attorney.   For substantially the reasons stated in defendant's unopposed motion, the Court finds that defendant's term of supervised release should be terminated.

**IT IS THEREFORE ORDERED** that defendant's Unopposed Motion For Early Termination Of Supervised Release Pursuant To Title 18 U.S.C. § 3583(e)(1) (Doc. #488) filed February 11, 2025 is **SUSTAINED**.   The Court terminates the remaining term of defendant's supervised release.   Defendant is discharged.

Dated this 19th day of February, 2025 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge